IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| ) | |
| VS.   ) | CR. NO. 09-00195-CG |
| ) | |
| JERMIAH WARD,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc. 71) and the defendant's response and motion for further reduction (Doc. 82)   The United States asks the court to reduce the defendant's 240-month sentence because he provided substantial assistance in the investigation and prosecution of others.

Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion.   Based upon the information presented by both parties, the court finds that a reduction of the sentence from 240 months to 150 months is appropriate.

Therefore, it is **ORDERED** that defendant **JERMIAH WARD's** sentence hereby is amended, and his term of imprisonment is reduced from 240 months to **150 months**.   All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 24th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE